# EXHIBIT A



*IMPORTANT INFORMATION*
*PLEASE REVIEW CAREFULLY*

June 20, 2022



270 3 82275 ****************AUTO**ALL FOR AADC 463
PAULETTE KINCAIDE

ıₗ║ıₗₗıₗⁱₗ║ₗⁱₗⁱₗₗₗ║ₗₗₗⁱₗⁱ║ₗⁱⁱₗₗₗₗⁱₗⁱₗₗₗⁱₗⁱₗⁱₗₗₗⁱₗₗ

Dear Paulette Kincaide:

Flagstar Bank treats the security and privacy of your personal information with the utmost importance, which is why we are writing to let you know about a recent security incident. We want to provide you with information about the incident, explain the services we are making available to you, and let you know that we continue to take significant measures to help protect your information.

### What Happened?

Flagstar recently experienced a cyber incident that involved unauthorized access to our network. In response, Flagstar promptly took steps to secure its environment and investigate the incident with the assistance of third-party forensic experts.

### What We Are Doing.

Upon learning of the incident, we promptly activated our incident response plan, engaged external cybersecurity professionals experienced in handling these types of incidents, and reported the matter to federal law enforcement. After an extensive forensic investigation and manual document review, we discovered on June 2, 2022 that certain impacted files containing your personal information were accessed and/or acquired from our network between December 3, 2021 and December 4, 2021. We have no evidence that any of the information has been misused. Nevertheless, out of an abundance of caution, we want to make you aware of the incident.

### What Information Was Involved?

On June 2, 2022, we determined that one or more of the impacted files contained your Social Security number, name, and phone number.

### What You Can Do.

**We have no evidence that any of your information has been misused.** Nevertheless, out of an abundance of caution we have secured the services of Kroll to provide identity monitoring at no cost to you for two years. Kroll is a global leader in risk mitigation and response, and their team has extensive experience helping people who have sustained an unintentional exposure of confidential data. Your Identity monitoring services include Credit Monitoring, Fraud Consultation, and Identity Theft Restoration. Additional information describing your services is included with this letter.

This letter also provides other precautionary measures you can take to help protect your personal information, including placing a fraud alert and/or security freeze on your credit files, and/or obtaining a free credit report. Please review the attachment to this letter, entitled "Steps You Can Take to Help Protect Your Information," for further information. The attachment also includes the toll-free telephone numbers and addresses of the three major credit reporting agencies. Additionally, you should always remain vigilant in reviewing your financial account statements and credit reports for fraudulent or irregular activity on a regular basis.

ELN-14498 -82275

## STEPS YOU CAN TAKE TO HELP PROTECT YOUR INFORMATION

- **Activate your Identity Monitoring**
  Visit **https://enroll.krollmonitoring.com** to activate and take advantage of your identity monitoring services.
  *You have until **September 15, 2022** to activate your identity monitoring services.*
  Membership Number: ███████████

NOTE: If you have already activated identity monitoring services through Kroll offered in a previous letter from Flagstar, we are offering an extension of your services for another two years. If this is of interest to you, please call (855) 503-3384 and the dedicated call center representative will assist you with this extension.

For more information about Kroll and your Identity Monitoring services, you can visit info.krollmonitoring.com.

You've been provided with access to the following services* from Kroll:

**Single Bureau Credit Monitoring**
You will receive alerts when there are changes to your credit data – for instance, when a new line of credit is applied for in your name. If you do not recognize the activity, you'll have the option to call a Kroll fraud specialist, who can help you determine if it's an indicator of identity theft.

**Fraud Consultation**
You have unlimited access to consultation with a Kroll fraud specialist. Support includes showing you the most effective ways to protect your identity, explaining your rights and protections under the law, assistance with fraud alerts, and interpreting how personal information is accessed and used, including investigating suspicious activity that could be tied to an identity theft event.

**Identity Theft Restoration**
If you become a victim of identity theft, an experienced Kroll licensed investigator will work on your behalf to resolve related issues. You will have access to a dedicated investigator who understands your issues and can do most of the work for you. Your investigator can dig deep to uncover the scope of the identity theft, and then work to resolve it.

* Kroll's activation website is only compatible with the current version or one version earlier of Chrome, Firefox, Safari and Edge. To receive credit services, you must be over the age of 18 and have established credit in the U.S., have a Social Security number in your name, and have a U.S. residential address associated with your credit file.

- **Review Your Account Statements and Notify Law Enforcement of Suspicious Activity**

As a precautionary measure, we recommend that you remain vigilant by reviewing your account statements, from us and others, and monitoring your credit reports closely. If you detect any suspicious activity on any account or have reason to believe your information is being misused, you should promptly notify the financial institution or company with which the account is maintained. You should also promptly report any fraudulent activity or any suspected incidence of identity theft to proper law enforcement authorities, your state attorney general, and the Federal Trade Commission ("FTC"). If you file an identity theft report with your local police department, you should ask for and are entitled to receive a copy of the police report. Some creditors may ask for the information contained in the report.

You may be able to obtain information from your state's attorney general on the steps you can take to avoid identity theft. Contact information for your state's attorney general is available at http://www.naag.org/naag/attorneys-general/whos-my-ag.php.

To file a complaint with the FTC, go to https://www.identitytheft.gov/ or call (877) ID-THEFT (877-438-4338), a toll- free number. Complaints filed with the FTC will be added to the FTC's Identity Theft Data Clearinghouse, a database made available to law enforcement agencies. Additional contact information for the FTC is provided below:

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-2222

For information from the FTC on how federal law limits your liability for unauthorized charges to certain accounts, please visit http://www.consumer.ftc.gov/articles/0213-lost-or-stolen-credit-atm-and-debit-cards.

- **Review a Copy of Your Credit Report**

You may obtain a free copy of your credit report from each of the three major credit reporting agencies once every twelve months by visiting https://www.annualcreditreport.com/index.action, calling toll-free (877) 322-8228, or completing an Annual Credit Report Request Form and mailing it to Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348. You can print a copy of the request form at https://www.annualcreditreport.com/manualRequestForm.action. Or, you can elect to purchase a copy of your credit report by contacting one of the three national credit reporting agencies.

Contact information for the three national credit reporting agencies for the purpose of requesting a copy of your credit report or for general inquiries is provided below:

| *Equifax* | *Experian* | *TransUnion* |
|---|---|---|
| (800) 685-1111 | (888) 397-3742 | (800) 916-8800 |
| www.equifax.com | www.experian.com | www.transunion.com |
| P.O. Box 740241 | 535 Anton Blvd., Suite 100 | P.O. Box 6790 |
| Atlanta, GA 30374 | Costa Mesa, CA 92626 | Fullerton, CA 92834 |

82275